Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>JEFF KONG, et al.,<br><br>    Defendants. | No. 1:13-cv-00833-LJO-BAM<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Jeff Kong, Joyce Kong, Danny Zhou dba Bamboo Chopsticks, and Cui Fang Zhou dba Bamboo Chopsticks, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: September 10, 2013              MOORE LAW FIRM, P.C.


                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff
                                      Ronald Moore

Date: September 6, 2013  HELON & MANFREDO LLP

*/s/ Donald R. Forbes*
Donald R. Forbes
Attorneys for Defendants
Jeff Kong, Joyce Kong, Danny Zhou dba Bamboo Chopsticks, and Cui Fang Zhou dba Bamboo Chopsticks

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 10, 2013**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE