1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:13-cv-00833-LJO-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JEFF KONG, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Jeff Kong, Joyce Kong, Danny Zhou dba Bamboo Chopsticks, and Cui Fang Zhou dba Bamboo Chopsticks, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: September 10, 2013            MOORE LAW FIRM, P.C.


                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff
                                    Ronald Moore

Date: September 6, 2013                    HELON & MANFREDO LLP

                                          */s/ Donald R. Forbes*
                                          Donald R. Forbes
                                          Attorneys for Defendants
                                          Jeff Kong, Joyce Kong, Danny Zhou dba Bamboo Chopsticks, and Cui Fang Zhou dba Bamboo Chopsticks

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **September 10, 2013**            **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE